UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA GARDNER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, a Delaware Corporation, and WELLS FARGO BANK, N.A., a National Banking Association,<br><br>　　　　　　　　　　　Defendants. | Case No.: 3:16-cv-02467-BEN-JMA<br><br>**ORDER DENYING JOINT MOTION TO STAY CASE** |

　　　The parties have filed a Joint Motion to Stay Case until 30 days after the earliest of the following events: (i) final approval of the class action settlement in *Jabbari v. Wells Fargo & Co.,* No. 3:15-cv-02159 (N.D. Cal.); (ii) transfer of this action to a multidistrict litigation proceeding; or (iii) January 31, 2017. Upon consideration, the Court exercises its discretion and **DENIES** the Joint Motion. *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) (court has inherent power to control its docket). **IT IS SO ORDERED.**

Dated: November 4, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Roger T. Benitez
　　　　　　　　　　　　　　　　　　　United States District Judge